1042

No. 10–10155. BOOK *v.* MENDOZA ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–10162. ANDREWS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–10164. BROWN, INDIVIDUALLY AND AS STATUTORY HEIR AND WRONGFUL DEATH BENEFICIARY OF BROWN ET AL., DECEASED *v.* ILLINOIS CENTRAL RAILROAD CO., INC., AKA CANADIAN NATIONAL RAILROAD, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10167. WHITLOW ET UX. *v.* PORRAS CUBILLO. Sup. Ct. Va. Certiorari denied.

No. 10–10170. CHEESEMAN *v.* GARRISON ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10175. OLIVO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–10178. JOHNSON *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 10–10182. McCREARY *v.* GRANHOLM ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10186. JAMES *v.* REDNOUR. Sup. Ct. Ill. Certiorari denied.

No. 10–10187. WILLIAMS *v.* HOOKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–10191. OYENIK *v.* SCHAFF ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10193. MARTINEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–10199. DUELL *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–10201. RUSSELL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10204. ST. JOHN *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.